# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRI HETTLER, | : | No. 3:17cv1646 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| INTREPID DETECTIVE AGENCY, INC., | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 1st day of February 2019, Defendant Intrepid Detective Agency, Inc.'s motion for summary judgment, (Doc. 24), is hereby **GRANTED IN PART** and **DENIED IN PART**. The defendant's motion is **GRANTED** in favor of the defendant as it pertains to the plaintiff's Title VII sex discrimination claim and PHRA claim related to her previous employment as an exotic dancer. The defendant's motion is **DENIED** as it relates to plaintiff's Title VII and PHRA pregnancy discrimination claims.

BY THE COURT

s/ James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**