# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| TERRI HETTLER, | : | No. 3:17cv1646 |
| --- | --- | --- |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| INTREPID DETECTIVE AGENCY, INC., | : | |
| **Defendant** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 28th day of May 2019, Plaintiff Terri Hettler's motion in limine to preclude any reference to the plaintiff's previously dismissed claims (Doc. 37) is hereby **DENIED**.

BY THE COURT

s/ James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**